Christopher Isaac SIMMONS,
Petitioner–Appellant,

v.

Anthony HEDGPETH, Respondent–Appellee.

No. 08–15143.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 15, 2010.

Christopher Isaac Simmons, pro se.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

California state prisoner Christopher Isaac Simmons appeals pro se from the

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we reverse and remand.

Simmons contends the district court erred by dismissing his habeas petition rather than construing it as a civil rights complaint pursuant to 42 U.S.C. § 1983. When a pro se habeas corpus petition may be fairly read to state a claim under the Civil Rights Act, it should be so construed. *See Galligher v. McCarthy,* 470 F.2d 740, 741 (9th Cir.1972). Accordingly, Simmons' habeas petition is to be treated as a § 1983 complaint. *See id.* We remand for further proceedings consistent with this disposition. *See id.*

We express no opinion on the merits of Simmons' § 1983 action.

**REVERSED; REMANDED.**